IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACOB BLANKENSHIP,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MARSHALL, ILLINOIS, *et al.*,<br><br>Defendants. | Case No. 23-cv-02918-SPM |

# MEMORANDUM AND ORDER

**MCGLYNN, District Judge:**

Plaintiff Jacob Blankenship filed this lawsuit alleging that the police, judges, state's attorneys, and members of the sheriff's office falsified information about him and lied regarding the charges filed against him. (Doc. 1). Upon filing, Plaintiff did not pay the filing fee but later filed a motion to proceed *in forma pauperis* (IFP). (Doc. 7). The claims did not survive screening under 28 U.S.C. § 1915(e)(2), and the Complaint was dismissed without prejudice. (Doc. 8). The Court granted Plaintiff an opportunity to replead his claims in an amended complaint. He was directed to file a First Amended Complaint and either renew his motion to proceed IFP or pay the full filing fee on or before March 27, 2024. Plaintiff was advised that failure to do so would result in the dismissal of the entire case.

Plaintiff has missed the deadline to file an amended complaint and pay his filing fee. Two weeks have passed since it expired, and he has not requested an extension, filed an amended complaint, or attempted to file anything with this Court. The Court will not allow this matter to linger indefinitely. Accordingly, this action is **DISMISSED with prejudice** for failure to state a claim, as stated in the Merit Review Order. (Doc. 8). This action is also dismissed due to Plaintiff's failure to comply with an order of the Court and for failure to prosecute his claims. *See* FED. R.

CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994).

Plaintiff is **ADVISED** that his obligation to pay the filing fee for this action was incurred at the time the action was filed. Therefore, the filing fee of $402.00 remains due and payable. The Clerk's Office is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: April 10, 2024**

  _s/Stephen P. McGlynn_
**STEPHEN P. MCGLYNN**
**United States District Judge**